**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 67 DB 2017 (No. 41 RST 2017) |
| | : | |
| | : | |
| MARY PECK | : | Attorney Registration No. 41707 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Out of State) |

# O R D E R

**PER CURIAM**

     **AND NOW**, this 21st day of June, 2017, the Report and Recommendation of Disciplinary Board Member dated June 12, 2017, is approved and it is ORDERED that Mary Peck, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.